1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG J. SAKOWITZ,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

Defendant.

Case No.  25-cv-06646-HSG

**SCHEDULING ORDER**

A case management conference was held on November 18, 2025.  Having considered the parties' proposal, *see* Dkt. No. 16, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | January 16, 2026 |
| Close of Fact Discovery (if any)[1] | May 22, 2026 |
| Deadline to Lodge Administrative Record | June 5, 2026 |
| Parties' Rule 52 Opening Briefs | July 10, 2026 |
| Parties' Rule 52 Response Briefs | August 7, 2026 |
| Hearing on Rule 52 Cross-Motions/ Bench Trial | August 28, 2026, at 10:00 a.m. |

//

//

---

[1] As discussed during the case management conference, the Court does not assume that discovery is warranted in this case.  The parties will need to raise this issue for the Court's consideration to the extent there is a dispute.  For now, the discovery cutoff date is included as a placeholder.

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   11/20/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2