JULIEN SWANSON (SBN 193957)
swanson@austinswansonlaw.com
AUSTIN SWANSON LAW FIRM PC
584 Castro Street #2126
San Francisco, California 94114
Tel: (415) 282.4511
Fax: (415) 282.4536

Attorney for Plaintiff
CRAIG SAKOWITZ

Nicole Y. Blohm (SBN 177284)
E-mail: nblohm@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CRAIG JONATHAN SAKOWITZ,<br><br>  Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL.,<br><br>  Defendant. | Case No. 4:25-cv-06646-HSG<br><br>**STIPULATION TO CONTINUE DEADLINES RELATED TO THE STANDARD OF REVIEW; AND ORDER**<br><br>Judge: Hon. Haywood S Gilliam, Jr.<br>Complaint Filed: August 6, 2025<br>Rule 52 Hearing: August 28, 2026 |

Plaintiff CRAIG JONATHAN SAKOWITZ ("Plaintiff") and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") (collectively the "Parties"), by and through their undersigned counsel of record, submit the following joint stipulation requesting a three-week continuance of the Court-ordered deadlines regarding the applicable standard of review in this ERISA-governed dispute for the following reasons:

WHEREAS, on November 18, 2025, the Court held an Initial Case Management Conference and, in relevant part, ordered the Parties to meet and confer regarding the standard of review. The

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4908-0048-9347 v1

1

STIPULATION TO CONTINUE DEADLINES
RELATED TO THE STANDARD OF REVIEW

1   Court ordered the Parties to file a joint status report by November 25, 2025 advising the Court

2   whether they had reached agreement on the standard of review. If there is no agreement, the Court

3   ordered the Parties to e-file by December 19, 2025 simultaneous letter briefs (4-page maximum).

4         WHEREAS, on November 20, 2025, the Court issued a Minute Entry reflecting the

5   conference, including the above. (ECF 17).

6         WHEREAS, also on November 20, 2025, the Court also set the following case dates:

7         Amended Pleadings due by 1/16/2026.

8         Close of Fact Discovery due by 5/22/2026.

9         Motions due by 7/10/2026.

10        Responses due by 8/7/2026.

11        Motion Hearing/Bench Trial set for 8/28/2026 10:00 AM.

12        (ECF 18).

13        WHEREAS, beginning November 20, 2025 counsel for the Parties began conferring on the

14  standard of review by email and telephone, however by November 24 had not reached agreement.

15        WHEREAS, on November 25, 2025 the Parties filed a Joint Status Report Regarding

16  Standard of Review and informed the Court that they could not yet reach agreement. (ECF 22).

17        WHEREAS, on December 16, 2025, after LINA had drafted its motion, Plaintiff's counsel

18  emailed LINA's counsel with a new argument on the standard of review that Plaintiff had not

19  previously raised.

20        WHEREAS, on December 17, 2025, the Parties continued to confer by email and telephone

21  regarding Plaintiff's new argument and their positions on the standard of review, but did not reach

22  an agreement.

23        WHEREAS, the Parties believe that the additional time will allow for potential resolution of

24  the issues raised in the new argument, which if successful will either eliminate or streamline the

25  dispute to be presented to the Court.

26        WHEREAS, LINA needs to obtain further information regarding its plan documents and a

27  supporting declaration to address Plaintiff's new argument that Plaintiff.  However it cannot

28  complete this before the original deadline of December 19, 2025 due to insufficient time and holiday

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4908-0048-9347 v1

2

STIPULATION TO CONTINUE DEADLINES
RELATED TO THE STANDARD OF REVIEW

1  outages. LINA anticipates it will be able to complete this after the holidays by the first full week in
2  January 2026. The Parties will then continue the meet and confer process.

3      WHEREAS, LINA contends that it will be prejudiced if it does not have an opportunity to
4  address the new argument raised by Plaintiff just a few days before the briefing deadline of
5  December 19, 2025.

6      WHEREAS, the Parties have agreed, and request the Court, to continue the deadline to
7  submit briefs to January 9, 2026.

8      WHEREAS, the Parties further request the Court to extend the 4-page limit to 5 pages
9  because the briefing on the standard of review, which previously focused on the choice of law
10 analysis, will now also need to include Plaintiff's newly raised issue of the validity of the
11 discretionary language in the Certificate of Coverage, which will require detailed facts and
12 supporting authority that cannot comprehensively be done in 4 pages.

13     WHEREAS, the Parties do not anticipate any impact on the other dates set in the case as a
14 result of this continuance.

15     WHEREAS, good cause exists to grant this brief continuance. The extension will provide
16 the Parties with sufficient time to further meet and confer on this issue. If the Parties reach an
17 agreement then no briefing will be required. If the Parties do not reach agreement their briefing will
18 include more fully developed evidence and arguments for the Court to consider in reaching its
19 decision. There will be no prejudice because no other dates set by the Court will be affected by the
20 requested continuance.

21     NOW THEREFORE, the Parties request that the Court continue the deadline to submit letter
22 briefs on the standard of review from December 19, 2025 to January 9, 2026 and to extend the page
23 limit from 4 pages to 5 pages.

24 ///
25 ///
26 ///
27 ///
28 ///

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4908-0048-9347 v1

3

STIPULATION TO CONTINUE DEADLINES
RELATED TO THE STANDARD OF REVIEW

1 **IT IS SO STIPULATED.**

3 Dated: December 17, 2025                             AUSTIN SWANSON LAW FIRM PC

By: _____*/s/ Julien Swanson*_____
Julien Swanson
Attorneys for Plaintiff
CRAIG JONATHAN SAKOWITZ

Dated: December 17, 2025                             BURKE, WILLIAMS & SORENSEN, LLP

By: _____*/s/ Nicole Y. Blohm*_____
Nicole Y. Blohm
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4908-0048-9347 v1

4

STIPULATION TO CONTINUE DEADLINES
RELATED TO THE STANDARD OF REVIEW

# ORDER

Having reviewed the Parties' Stipulation to extend the time to continue the deadlines related to the applicable standard of review, and for good cause shown, the Court ORDERS as follows:

The deadline to submit letter briefs on the standard of review is extended from December 19, 2025 to January 9, 2026 and the page limit on the letter briefs is expanded from 4 pages to 5 pages.

**IT IS SO ORDERED.**

Dated:  12/18/2025

Hon. Haywood S Gilliam, Jr.
United States District Judge