Nicole Y. Blohm (SBN 177284)
E-mail: nblohm@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CRAIG JONATHAN SAKOWITZ,<br><br>             Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>             Defendant. | Case No. 4:25-cv-06646-HSG<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND ORDER**<br><br>Judge:    Hon. Haywood S Gilliam, Jr.<br><br>Complaint Filed: August 6, 2025 |

IT IS HEREBY STIPULATED, by and between plaintiff CRAIG JONATHAN SAKOWITZ and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear his or its own attorneys' fees and costs.

The parties further stipulate all dates be vacated and taken off the Court's calendar.

///

///

///

///

///

///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4912-1597-9671 v1

Case No. 4:25-cv-06646-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated:  March 23, 2026                          AUSTIN SWANSON LAW FIRM PC


By:    _/s/ Julien Swanson_
        Julien Swanson
        Attorneys for Plaintiff
        CRAIG JONATHAN SAKOWITZ


Dated:  March 23, 2026                          BURKE, WILLIAMS & SORENSEN, LLP


By:    _/s/ Nicole Y. Blohm_
        Nicole Y. Blohm
        Attorneys for Defendant
        LIFE INSURANCE COMPANY OF
        NORTH AMERICA

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4912-1597-9671 v1                          2                          Case No. 4:25-cv-06646-HSG
                                                STIPULATION TO DISMISS ENTIRE ACTION
                                                                        WITH PREJUDICE

***<u>ORDER</u>***

Based upon the Stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar;

IT IS FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED:**

Dated:  3/23/2026

Hon. Haywood S Gilliam, Jr.
United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4912-1597-9671 v1

3

Case No. 4:25-cv-06646-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE